B2100A (Form 2100A) (12/15)

# United States Bankruptcy Court

**WESTERN DISTRICT OF OKLAHOMA**

In re: Swantje K Maughan                                                                                   Case No. 19-10932-JDL

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| SERVIS ONE INC., DBA BSI FINANCIAL SERVICES | Cornerstone Home Lending, Inc. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

BSI Financial Services
1425 Greenway Drive, #400
Irving, TX  75038

Court Claim # (if known): 3-1
Amount of Claim: $216,345.78
Date Claim Filed: 05/21/2019

Phone: _____
Last Four Digits of Acct #:  XXXXXX1975

Phone:  866-861-2639
Last Four Digits of Acct. #:  1975

Name and Address where transferee payments should be sent (if different from above):

BSI Financial Services
314 South Franklin Street, P.O. Box 517
Titusville, PA  16354
Attn: Payment Processing Department

Phone:  800-327-7861
Last Four Digits of Acct #:  XXXXXX1975

KRF File #41658/AF

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:  Adam Fiegel                                        Date: February 5, 2020
     Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**KIVELL, RAYMENT and FRANCIS, P.C.**

 s/Adam Fiegel_____
 Brian J. Rayment, OBA #7441
 Adam Fiegel, OBA #33169
 Robert Hauge, OBA #20007
 Triad Center I, Suite 550
 7666 East 61st Street
 Tulsa, OK 74133
 Phone: (918) 254-0626
 Facsimile: (918) 254-7918
 E-mail: afiegel@kivell.com
 **ATTORNEYS FOR CREDITOR**

## CERTIFICATE OF MAILING/ELECTRONIC TRANSMISSION

I hereby certify that February 5, 2020, I mailed, with sufficient postage thereon, or electronically transmitted, a true and correct copy of the above and foregoing document to:

Aaron D Compton
Aaron D Compton, Attorney at Law PLLC
4216 N Portland Ave. Ste 200
Oklahoma City, OK 73112
*Service accomplished through Court's CM/ECF system.

John Hardeman
Chapter 13 Trustee
P.O. Box 1948
Oklahoma City, OK  73101
*Service accomplished through Court's CM/ECF system.

 s/Adam Fiegel
 Adam Fiegel, OBA #33169

KRF File #41658/AF